UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **NGOZI PAULA EJIM,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. A-25-CV-01103-ADA-SH |
| § | |
| **THOMAS J. HENRY, PLLC, et al.,** § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 5. The report recommends that Plaintiff's Title VII claims against the Individual Defendants be **DISMISSED** and that those claims be **STRICKEN** from the Complaint (ECF No. 1). The report and recommendation was filed on July 29, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (ECF No. 5) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Title VII claims against the Individual Defendants are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff's Title VII claims against the Individual Defendants are **STRICKEN** from the Complaint (ECF No. 1)

For clarity, Plaintiff's FLSA claims and her Title VII claims against Thomas J. Henry, PLLC remain pending.

**SIGNED** this 18th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE