UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **NGOZI PAULA EJIM,** | § | |
| **Plaintiff,** | § § § | |
| v. | § § | CASE NO. 1:25-CV-1103-ADA-SH |
| **THOMAS J. HENRY, PLLC, et al.,** | § § § | |
| **Defendants.** | § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. ECF No. 45. The report recommends that this Court grant Defendant Amber Petrig Simon's motions to dismiss (ECF Nos. 16 and 25), dismiss Plaintiff's claims against Ms. Simon, and dismiss Ms. Simon from this suit. *Id.* at 17. The report further recommends that this Court grant Defendants Thomas J. Henry, PLLC, Emilia Cummings, Elena Fabrin, Jack Genovese II, Laurie Dobson, and Tanya Bachand's Motion to Compel Arbitration (ECF No. 36) and stay this case as to those Defendants pending the resolution of the arbitration proceedings. The report and recommendation was filed on November 10, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*,

677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).  The district court may decline a party's request to hear new evidence not before the Magistrate Judge.  Fed. R. Civ. P. 72(b)(3).

Plaintiff filed objections on November 26, 2025.  ECF No. 46.  The Court has conducted a *de novo* review of Plaintiff's Complaint, Defendants' Motion, all related briefing and exhibits, Plaintiff's objections to the report and recommendation, and the applicable laws.  After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower (ECF No. 45) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant Amber Petrig Simon's motions to dismiss (ECF Nos. 16 and 25) are **GRANTED**.  Ms. Simon is hereby **DISMISSED** from this lawsuit.

**IT IS FURTHER ORDERED** that Defendants' Thomas J. Henry, PLLC, Emilia Cummings, Elena Fabrin, Jack Genovese II, Laurie Dobson, and Tanya Bachand's Motion to Compel Arbitration (ECF No. 36) is **GRANTED**.  The Clerk of Court is requested to **STAY** this case as to those Defendants pending the resolution of the arbitration proceedings.

**SIGNED** this 7th day of January, 2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**